IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11246
Conference Calendar
_____


MICHAEL RAY FOSTER,

                                        Plaintiff-Appellant,

versus

JAMES W. TURNER,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:98-CV-262
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Michael Ray Foster, Texas prisoner #745407, filed a pro se, in forma pauperis (IFP) 42 U.S.C. § 1983 complaint against Captain James W. Turner, alleging claims of due process violations during a prison disciplinary hearing, false disciplinary charges, retaliation, and denial of access to the courts.

We have reviewed the record and Foster's brief and perceive no error. Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1997); <u>Bazrowx v. Scott</u>, 136 F.3d 1053, 1054 (5th Cir. 1998),
<u>cert. denied</u>, 119 S. Ct. 156 (1998).  Accordingly, we AFFIRM the
decision of the district court.  Foster's motion for costs
pursuant to Fed. R. App. P. 39(a) is DENIED.

AFFIRMED; MOTION DENIED.